# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159722(43)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ELRAY CHEVEZ BAKER,
        Defendant-Appellant.
_____/

SC: 159722
COA: 342109
Genesee CC: 16-040281-FC

       On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a supplement to his application for leave to appeal is GRANTED IN PART. The supplement will be accepted for filing if submitted on or before July 5, 2019, which is a 28-day extension not the 50 days requested.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



Clerk